1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   QUOC XUONG LUU,

11          Plaintiff,              No. CIV S-07-0141 LKK EFB P

12      vs.

13   CALIFORNIA STATE PRISON
     SOLANO MEDICAL DEPARTMENT,
14   et al.,

15          Defendants.            ORDER

16   _____/

17      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

18   *See* 42 U.S.C. §1983.

19      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28

20   U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust

21   account statement required by 28 U.S.C. § 1915(a).

22      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed

23   *in forma pauperis*.

24      Accordingly, plaintiff has 30 days from the date of service of this order to submit either

25   the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

26   ////

1

1   to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this

2   order will result in a recommendation that this action be dismissed.

3         So ordered.

4   Dated:  April 12, 2007.

5

6         EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26