IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

    Plaintiff,                      CIV S-07-0141 ALA P

vs.

CALIFORNIA STATE PRISON
SOLANO MEDICAL DEPARTMENT,

    Defendant.                 ORDER TO SHOW CAUSE
_____/

      Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983. On April 13, 2007, Plaintiff was given thirty (30) days to submit either the $350 filing fee or an application to proceed in forma pauperis. On May 17, 2007, Plaintiff filed a document claiming that he was receiving the "run-around" due to a newly enacted prison policy, along with a copy of Plaintiff's inmate trust account. This filing did not satisfy the court's April 13, 2007 order.

      Therefore, IT IS HEREBY ORDERED that Plaintiff is <u>ordered to show cause within twenty-one (21) days</u> as to why this action should not be dismissed for Plaintiff's failure to comply with the court's April 13, 2007 order.

DATED: November 13, 2007                /s/ Arthur L. Alarcón
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation