IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

        Plaintiff,                  CIV S-07-0141 ALA P

    vs.

CALIFORNIA STATE PRISON
SOLANO MEDICAL DEPARTMENT,

        Defendant.              <u>ORDER</u>

_____/

        Plaintiff Quoc Xuong Luu, is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983. On April 13, 2007, Plaintiff was given thirty (30) days to submit either the $350 filing fee or an application to proceed in forma pauperis. On May 17, 2007, Plaintiff filed a document claiming that he was receiving the "run-around" due to a newly enacted prison policy, along with a copy of Plaintiff's inmate trust account.

        On November 14, 2007, this court issued Plaintiff an order to show cause as to why his complaint should not be dismissed for Plaintiff's failure to either pay the filing fee or submit an application to proceed in forma pauperis. On December 5, 2007, Plaintiff filed a declaration discussing the steps he had taken to comply with the courts order and claiming that his application for in forma pauperis was continually stalled by prison officials.

        The All Writs Act, 28 U.S.C. § 1651(a) permits the court to issue writs "necessary or

1

appropriate in aid of their jurisdiction and agreeable to the usages and principles of law." *See generally S.E.C. v. G.C. George Securities, Inc.,* 637 F.2d 685 (9th Cir. 1981): *United States v. New York Telephone Co.,* 434 U.S. 159 (1977). This section does not grant the court plenary power to act in any way it wishes; rather, the All Writs Act is meant to aid the court in the exercise and preservation of its jurisdiction. *Plum Creek Lumber Company v. Hutton*, 608 F.2d 1283, 1289 (9th Cir. 1979).

The court is concerned that it may lose jurisdiction if Plaintiff is unable to complete his application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days of this order, the Warden of California State Prison Solano shall inform the court regarding the processing of Plaintiff's application to proceed in forma pauperis;

2. The Clerk of the Court is directed to serve this order on the Warden of California State Prison Solano, P.O. Box 4000, Vacaville, CA 95696;

3. The Clerk of the Court is directed to serve a copy of this order on Supervising Attorney General Stephen Acquisto; and

4. The Court's November 13, 2007, Order to Show Cause is discharged.

/////

DATED: December 12, 2007           /s/ Arthur L. Alarcón
                                                         UNITED STATES CIRCUIT JUDGE
                                                         Sitting by Designation