1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

             Plaintiff,                CIV S-07-cv-0141 ALA P

       vs.

CALIFORNIA STATE PRISON
SOLANO MEDICAL DEPARTMENT,

             Defendant.          <u>ORDER</u>

_____/

      Plaintiff Quoc Xuong Luu, is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §1983.  On April 13, 2007, plaintiff was given thirty (30) days to submit either the $350 filing fee or an application to proceed in forma pauperis.  On May 17, 2007, plaintiff filed a document claiming that he was receiving the "run-around" due to a newly enacted prison policy, along with a copy of plaintiff's inmate trust account.

       On November 14, 2007, this court issued plaintiff an order to show cause as to why his complaint should not be dismissed for plaintiff's failure to either pay the filing fee or submit an application to proceed in forma pauperis.  On December 5, 2007, plaintiff filed a declaration discussing the steps he had taken to comply with the courts order and claiming that his application for in forma pauperis was continually stalled by prison officials.  On December 12, 2007, this court issued an order to the Warden of California State Prison Solano ordering that he

1

1    inform the court regarding the processing of plaintiff's application to proceed in forma pauperis.

2    On February 7, 2008, Supervising Deputy Attorney General Monica Anderson responded

3    to the court's December 12, 2007, order.  In that response Attorney General Anderson indicates

4    that the prison did process the necessary paperwork for plaintiff and it is unknown why the court

5    did not receive that paperwork.  The response also notes that plaintiff had submitted a complete

6    application to proceed in forma pauperis in a different case, 2:07-cv-0942, and suggests that the

7    court take judicial notice of that application.

8    Having reviewed the filings in case 2:07-cv-0942 the court finds that plaintiff has

9    submitted a complete application to proceed in forma pauperis in that case.  The court will adopt

10   that filing for purposes of this matter.  At a later date, the court will evaluate plaintiff's

11   application to proceed in forma pauperis and screen plaintiff's complaint.

12   Accordingly, IT IS HEREBY ORDERED that plaintiff's application to proceed in forma

13   pauperis in case 2:07-cv-0942, document #6, is adopted for these proceedings.

14   /////

15   DATED: February 8, 2008

16   /s/ Arthur L. Alarcón
     UNITED STATES CIRCUIT  JUDGE
17   Sitting by Designation

18

19

20

21

22

23

24

25

26

27

28

2