# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

* * *

| | |
|---|---|
| QUOC XUONG LUU, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CALIFORNIA STATE PRISON SOLANO ) <br> MEDICAL DEPARTMENT, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | 2:07-CV-0141-RLH (VPC) <br><br> **O R D E R** <br> (Request for Extension – #27) |

Having considered Plaintiff's Informal Request for Extension of Time to File Objections to Report and Recommendation (#27), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Informal Request for Extension of Time to File Objections to Report and Recommendation (#27) is GRANTED.

Dated: March 5, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**