# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

\* \* \*

| | | |
|---|---|---|
| QUOC XUONG LUU, | ) | |
| Plaintiff(s), | ) | 2:07-cv-0141-RLH-VPC |
| vs. | ) | **O R D E R** |
| CALIFORNIA STATE PRISON SOLANO MEDICAL DEP'T, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#26, filed February 20, 2009), entered by the Honorable Valerie P. Cooke, regarding the sufficiency of Plaintiff's Amended Complaint (#18). An Objection (#29) was filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1)(B) and the Local Rules of the Eastern District of California, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and the Local Rules of the Eastern District of California, and determines that the Report and Recommendation of Magistrate Judge Cooke should be accepted and adopted.

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#26, entered February 20, 2009) is ACCEPTED and ADOPTED, and the Amended Complaint (#18) is dismissed without prejudice.

Dated: March 27, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**